UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ADAM SHAPIRO | : |
| | : |
| v. | : CIVIL NO. 3:10CV1414 (VLB) |
| | : |
| SUMMIT BUSINESS CONSULTANTS, INC. | : |
| | : |

## DEFAULT JUDGMENT

The defendant, Summit Business Consultants, Inc. having failed to appear, plead or otherwise defend in this action and a default under Fed.R.Civ.P. 55(a) having been entered on November 09, 2010; and

The plaintiff having filed a Motion for Default Judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, and the Court having granted the motion, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and hereby is entered in favor of the plaintiff against the defendant Summit Business Consultants, Inc. in the total amount of $3,494.34 which includes damages of $1,000, attorney's fees of $2,100 and costs of $394.34.

Dated at Hartford, Connecticut, this 8th day of August, 2011.

ROBERTA D. TABORA, Clerk

By     /s/LL
    Loraine LaLone
    Deputy Clerk

EOD: _____